# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 10, 2022

## NO. 03-21-00374-CV

**City of Pflugerville, Texas, Appellant**

**v.**

**735 Henna, LLC, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the orders signed by the trial court on July 19, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's orders. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.